Certificate Number: 13861-NJ-DE-041313046

Bankruptcy Case Number: 26-18735



13861-NJ-DE-041313046

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 11, 2026</u>, at <u>11:34</u> o'clock <u>AM PDT</u>, <u>Mayte Nicole Stewart</u> completed a course on personal financial management given <u>by internet</u> by <u>Evergreen Financial Counseling</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>August 11, 2026</u>          By:      <u>/s/Lucia Gonzalez</u>

                                        Name:  <u>Lucia Gonzalez</u>

                                        Title:   <u>Counselor</u>