| United States Bankruptcy Court<br>District of New Jersey | | |
|---|---|---|
| By: Michael I. Assad (#338972023)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.:<br>Chapter: | 26-18735-JNP<br>7 |
| In re: Mayte Nicole Stewart,<br>*Debtor*. | Hearing Date:<br>Judge: | 08/25/2026<br>Poslusny |

**Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents**

Debtor Mayte Nicole Stewart, through her attorney, moves for the entry of an order extending the time to file various documents under 11 U.S.C. § 521(i)(3); and Fed. R. Bankr. P. 1007(a)(5), 1007(c)(7), and 9006(b)(1).

1. The Debtor initiated this case by voluntarily petitioning for relief under chapter 7 on August 1, 2026.

2. This case was filed in an emergency to stay adverse actions in several state court proceedings against the Debtor.

3. Because this case was filed on an emergent basis, the schedules, statements, and other documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") were not filed with the petition because the Debtor did not have adequate time to gather the documents and information necessary for her attorney to prepare them.

4. The Court entered an order directing the Debtor to show cause why the case should not be dismissed for failure to file the Schedules.

5. The order to show cause is set for hearing on August 25, 2026.

6. The Schedules have been prepared in earnest, but the Debtor needs additional time to obtain several documents necessary to complete them.

7. To enable her to do so, the Debtor requests that the Court extend the time to file the Schedules through and including September 1, 2026.

**FOR THOSE REASONS,** the Court should grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: August 23, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad