UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
Attorney for Debtor

In Re:
Mayte Nicole Stewart, Debtor.

Case Number: 26-18735-JNP

Hearing Date: 08/25/2026

Judge: Poslusny

Chapter: 7

Recommended Local Form: ☒ Followed ☐ Modified

**ORDER RE EXTENSION OF TIME**
**TO FILE SCHEDULES**

The relief set forth on the following page is hereby **ORDERED**.

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted. The deadline to file schedules is extend to 09/01/2026.
If Debtor fails to file the missing documents by the extended deadline, then the case will be dismissed without further notice.

☐ Denied.

*rev.12/1/2025*